IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

KENNETH BYERS

VS.                                                                    CIVIL ACTION NO. 2:03cv480-KS-MTP

COMMISSIONER OF SOCIAL SECURITY

## ORDER

This cause came on this date to be heard upon the Proposed Findings of Fact and Recommendations of the United States Magistrate Judge entered herein on August 10, 2006, after referral of hearing by this Court, no objections having been filed as to the Proposed Findings of Fact and Recommendations, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Proposed Findings of Fact and Recommendations should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Proposed Findings of Fact and Recommendations be, and the same hereby are, adopted as the finding of this Court, the decision of the Commissioner is hereby affirmed. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 13th day of September, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE